```
                                                USDC SDNY
                                                DOCUMENT
UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                   DOC #:_____
                                                DATE FILED: 10/2/2018
```

------------------------------------------------------------- X
MOHAMMED BOUHAJRAH, *on behalf of*          :
*himself and others similarly situated*,    :
                                            :
                         Plaintiff,         :      18-CV-3262 (VEC)
                                            :
              -against-                     :      <u>ORDER</u>
                                            :
HILL DELI GROCERY CORP.; HILL DELI          :
GROCERY CORP 2; AZAAL DELI GROCERY          :
CORP.; ANA DELI GROCERY CORP; NABIL         :
AHMED AL-JOMAI; and JOHN DOES #1-3,         :
                                            :
                         Defendants.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 27, 2018, Plaintiff filed a notice of dismissal without prejudice pursuant to Rule 41 against all defendants, Dkt. 28;

      WHEREAS the Second Circuit has left open for future decision whether an FLSA case may be settled without Court or DOL approval and dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201 n.2 (2d Cir. 2015);

      WHEREAS on August 28, 2018, this Court ordered that Plaintiff's counsel, Mohammed Ahmed Gangat, must file an affirmation (1) stating that the Plaintiff has been clearly advised that the settlement of this case does not preclude him from filing another lawsuit against the same Defendants and (2) affirming that there is no settlement agreement between the parties that contains a release of the Defendants, Dkt. 29;

WHEREAS this Court ordered Mr. Gangat, in the event that he does not file the affirmation as directed, to appear for a status conference to be held on September 21, 2018, Dkt. 29;

WHEREAS Mr. Gangat failed to either file the affirmation as directed or to appear for the September 21 status conference;

WHEREAS the Court ordered Mr. Gangat to show cause why he should not be sanctioned for not complying with this Court's August 28, 2018 order, Dkt.30;

WHEREAS Mr. Gangat has now filed the required affirmation, Dkt. 31 Ex. A; and

WHEREAS Mr. Gangat has taken responsibility for, explained, and rectified his failure to comply with the Court's order, Dkt. 31;

IT IS HEREBY ORDERED that no sanction for Mr. Gangat is warranted at this time; and

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.  The Clerk of the Court is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  **October 2, 2018**
       **New York, NY**

_____ _Valerie Caproni_ _____
　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　**United States District Judge**